**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOEY A. GARCIA,<br><br>　　　　　　　Plaintiff,<br>v.<br>J. VANDIVER, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00574-ART-CLB<br><br>**ORDER FOR PLAINTIFF TO UPDATE ADDRESS** |

　　　　Plaintiff Joey Garcia initiated this case while he was confined at the Lyon County Jail. (ECF No. 1-1 at 1.) Garcia then updated his address to the Northern Nevada Correctional Center ("NNCC"). (ECF No. 3.) According to the Nevada Department of Corrections inmate database, however, Garcia is no longer at NNCC. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court grants Garcia until **June 2, 2025**, to file his updated address with this Court. If Garcia does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

　　　　**IT IS THEREFORE ORDERED** that Garcia shall file his updated address with the Court by **June 2, 2025**.

　　　　**IT IS FURTHER ORDERED** that failure to comply with this Order will subject this case to dismissal without prejudice.

　　　　**DATED**: May 1, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**