UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEY A. GARCIA,

          Plaintiff,

vs.

LT. J. VANDIVER and NURSE NICOLE,

          Defendants.

Case No.     3:24-cv-00574-ART-CLB

**ORDER GRANTING**

STIPULATION FOR
DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, JOEY A. GARCIA, in pro se, and Defendants, JOHN VANDIVER and NICHOLE VONJAEGER R.N., by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety with each party to bear their own attorneys' fees and costs.

DATED this 14th day of January, 2026.

By: _____
JOEY GARCIA #229722
Lyon County Detention Center
911 Harvey Way
Yerington, NV 89447
Plaintiff Pro Se

DATED this 14th day of January, 2026.

MAUPIN, COX & LEGOY

By: _____
PAUL J. ANDERSON, ESQ.
4785 Caughlin Parkway
Reno, NV 89519
Attorneys for Defendant
NICHOLE VONJAEGER R.N.

- 1 -

DATED this 14th day of January, 2026.

THORNDAL ARMSTRONG, PC

By: _____
KATHERINE F. PARKS, ESQ.
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Attorney for Defendant
JOHN VANDIVER

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: <u>January 14, 2026</u>

- 2 -